IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VINOD KUMAR,

Petitioner,

v.

Civil Action No. 2:26-cv-346

JEFFREY CRAWFORD, et al.

Respondents.

**FINAL ORDER**

Vinod Kumar ("Petitioner"), a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging that he has been unlawfully detained at the Farmville Detention Center because has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1. The Court received and filed the Petition on April 9, 2026. *Id.*

This Court ordered the Respondent to file a response to the allegations in the Petition. Dkt. No. 4. The Respondent filed a Motion to Dismiss indicating that an Immigration Judge ordered Petitioner to be removed from the United States on December 9, 2024, and that on March 6, 2026, the Board of Immigration Appeals affirmed the Immigration Judge's findings. Dkt. No. 7 ¶¶ 3–4; *see also* Dkt. No. 7-1 at 3–6. The Petitioner was then removed to India on April 5, 2026—four days before the Court received his Petition. Dkt. No. 7 ¶ 6.

Accordingly, the Court cannot grant the Petitioner the relief he requested in his Petition, and therefore the Petition, Dkt. No. 1, must be DISMISSED as MOOT.

The Clerk is DIRECTED to forward a copy of this Final Order to Petitioner's last known address and to counsel of record for Respondents.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 8, 2026